UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV13–9057 DSF (SHx) | Date | 3/5/14 |
|---|---|---|---|
| Title | Linsey Adams v. Santa Barbara Cottage Hospital, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order Imposing Sanctions

    On February 21, 2014, Plaintiff Linsey Adams electronically filed an Opposition to Defendants' motions to dismiss. (Docket No. 19.) Plaintiff's counsel failed to submit the mandatory paper chambers copy of the Opposition, in violation of Local Rule 5-4.5. On March 3, 2014, the Court issued an Order requiring that Plaintiff's counsel submit the mandatory paper chambers copy no later than noon on March 4, 2014. (Docket No. 24.) Counsel has failed to do so. Due to counsel's failure to comply with the Local Rules and this Court's order, the time of the Court's Courtroom Deputy Clerk has been wasted, the time of the Court's elbow law clerk has been wasted, the Court's time has been wasted and its preparation of its calendar delayed, and the court has been forced to incur the cost of printing the document.

    Therefore, the Court orders that Plaintiff's counsel pay sanctions in the amount of $250 to the Clerk of the Court no later than March 31, 2014 for his failure to comply with the Local Rules and this Court's specific order. He is further ordered to submit a declaration confirming payment no later than April 1, 2014.

    IT IS SO ORDERED.