JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINSEY ADAMS, | ) | Case No.: CV 13-9057 DSF (SHx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| SANTA BARBARA COTTAGE HOSPITAL, et al., | ) | |
| Defendants. | ) | |

The Court having dismissed the Complaint, and the plaintiff having failed to file an amended complaint by the April 7, 2014 deadline,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that the defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____4/14/14_____           _____
                                                          Dale S. Fischer
                                                United States District Judge