UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 04 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LINSEY ADAMS,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>SANTA BARBARA COTTAGE HOSPITAL; et al.,<br><br>        Defendants - Appellees. | No. 14-55711<br><br>D.C. No. 2:13-cv-09057-DSF-SH<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered April 11, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $108.00.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Craig Westbrooke
Deputy Clerk